

On the date below, I s    by courier/deposited n the U.S. Mails
postage pre-paid, an envelope addressed to the attorney
of record of **Defendants**
containing a copy of the document to which this declaration
is affixed

I declare under penalty of perjury under the laws of th
State of Washington that the foregoing is true and correct

3
4


FILED
RECEIVED
NOV 2 3 2001
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

CV 00-05626 #00000077

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DANETTE HALL, | NO. C00-5626(RJB)JKA |
| Plaintiff, | |
| vs | |
| | PLAINTIFF'S PRETRIAL STATEMENT |
| KIDDE, INC., a Corporation, LEHEL CORPORATION, ELECTROLUX CORPORATION, ELECTROLUX, L.L.C. and ELECTROLUX LEHEL CORPORATION, | |
| Defendants. | |

Comes now Plaintiff, by and through her attorney, Donald L. English, and submits Plaintiff's

Pretrial Statement.

## 1    FEDERAL JURISDICTION

This matter was transferred from Clark County Superior Court to the United States

District Court, Western District of Washington at Tacoma, at the request of Defendants Lehel

Corporation, Electrolux Corporation, and Electrolux Lehel Corporation alleging the application

of 28 U S C. §§1332 and 1441, with the amount of controversy exceeding the value of

PLAINTIFF'S PRETRIAL STATEMENT

English, Lane,
Marshall, Barrar,
Stahnke &
Vanderwood, PLLC

Attorneys at Law

12204 S E Mill Plain Blvd , Ste 200
Vancouver, WA 98684
(360) 449-6100

1 | $75,000 00

2

## 2    CLAIM FOR RELIEF AT TRIAL

3

Plaintiff intends to pursue a claim against Defendant Kidde, Inc., that Defendant Kidde,

4

5

Inc is liable to Plaintiff as a product seller under RCW 7.72.040(2)(e) because the cream

6

whipper in question was sold under the trade name or brand name of the product seller.

7

Plaintiff's claim includes the allegation that the product in question was not reasonably

8

safe as designed or reasonably safe because inadequate warnings or instructions were not

9

provided with the product and the product was not reasonably safe in construction

10

*Plaintiff was injured during her operation of the product and has been damaged.*

11

12

## 3.    RELEVANT FACTS ABOUT WHICH PLAINTIFF ASSERTS

13

## THERE IS NO DISPUTE AND WHICH PLAINTIFF IS PREPARED TO ADMIT

14

On or about September 8, 1997, Plaintiff was an employee of OJA's market in

15

Vancouver, Washington.

16

On that date, Plaintiff was preparing fresh whipped cream to be used in the deli section of

17

18

the market   During the normal operation of the whipped cream maker, which had previously

19

been used by Plaintiff on numerous occasions, the whipped cream maker exploded into

20

Plaintiff's face

21

Plaintiff was taken by ambulance to Southwest Washington Medical Center for initial

22

treatment where she was treated by Stanley L. Crews, M.D

23

Plaintiff was subsequently treated by Dr. Crews and by Richard F. Dreyer, M.D., who

24

25

performed surgery on Plaintiff, initially in November of 1997, with follow up surgery conducted

26

by Dr. Dreyer on February 5, 1998

PLAINTIFF'S PRETRIAL STATEMENT

English, Lane,
Marshall, Barrar,
Stahnke &
Vanderwood, PLLC

Attorneys at Law

12204 S E  Mill Plain Blvd , Ste  200
Vancouver, WA  98684
(360) 449-6100

1   Plaintiff Danette Hall is legally blind in her right eye, though she has peripheral vision

2   present. She has extensive macular damage which is the reason for the legal blindness status in

3   her right eye  She is currently at risk for progression of a cataract in her right eye in the future

4   and there is also a continuing risk for glaucoma in either eye from her blunt trauma.

5

6   Plaintiff has incurred special damages for medical expenses in the sum of $21,281.28,

7   and has sustained wage loss from the date of the accident until allowed to return to work on

8   September 18, 1998  Plaintiff therefore incurred wage loss at the rate of $8 00 per hour for the

9   subsequent fifty-three (53) weeks totaling $16,960.00.

10
#### 4.    PLAINTIFF'S FACTUAL CONTENTIONS
11

12   Plaintiff contends that Defendant Kidde, Inc  distributed the product which injured the

13   Plaintiff  The Plaintiff further contends that the product was distributed under the trade name or

14   brand name of the Defendant, namely, "Kidde Cream whipper."

15   Plaintiff contends that the product in question came into the possession of Plaintiff's

16   employer where it was used by Plaintiff's employer in the commercial deli portion of their store

17
until the time the product malfunctioned and injured Plaintiff
18

19   Plaintiff's representative subsequently obtained the cream whipper involved in the

20   accident from Plaintiff's employer, along with a one page document containing instructions and a

21   parts list for the Kidde Model No  5 Cream whipper.

22   Plaintiff subsequently obtained an opinion from Engineer Wayne Slagle that the charger

23   holder of the whipped cream maker was not reasonably safe to be used as designed and that the

24
manufacturer did not provide adequate warnings on the charger holder
25

26
#### 5.    ISSUES OF LAW

PLAINTIFF'S PRETRIAL STATEMENT

English, Lane,
Marshall, Barrar,
Stahnke &
Vanderwood, PLLC

Attorneys at Law

12204 S E  Mill Plain Blvd , Ste  200
Vancouver, WA  98684
(360) 449-6100

1

2

3

### 6.    NAMES AND ADDRESSES OF WITNESSES

4

5    1    Stanley L. Crews, M D , 12306 SE Mill Plain Blvd , Vancouver, WA 98684 (will

6    testify by deposition). The substance of Dr Crews' testimony is expected to be the medical

7    treatment of Plaintiff, including the reasonableness and necessity of the medical expenses

8    incurred, as well as Plaintiff's prognosis.

9    2.  Plaintiff Danette Hall, 4119 NE St. Johns #10, Vancouver, WA 98661    (Plaintiff

10   will testify)  Plaintiff's testimony will be  as to her use of the product in question as well as her

11   injuries and damages

12

13   3    Wayne Slagle, 7 SE 97th Avenue, Portland, OR 97216-2498    (Mr  Slagle will

14   testify)  His testimony will be as to his opinion regarding the unsafe nature of the cream whipper

15   in question and the lack of appropriate warnings

16   4.    James Wessels,  Bear Creek Corporation, Medford, Oregon. (Mr  Wessels will

17   testify)    Mr  Wessels' testimony will be that he is the individual who picked up the broken

18   cream whipper and the instruction sheet from Plaintiff's employer   Mr. Wessels also purchased,

19

20   at counsel's request , a second cream whipper for comparison with the broken cream whipper.

21   5.    Sheri Wogan, present address unknown   (Will testify )   Ms. Wogan's testimony

22   would be in regard to Plaintiff's work habits and the cream whippers used in the store during the

23   course of her employment at OJA's market.

24

25   6    Archie Wilkins,  present address unknown .  (May testify).  Present testimony of

26   Archie Wilkins, Assistant Manager of the store, would consist of testimony regarding Plaintiff's

PLAINTIFF'S PRETRIAL STATEMENT

English, Lane,
Marshall, Barrar,
Stahnke &
Vanderwood, PLLC

Attorneys at Law

12204 S E  Mill Plain Blvd , Ste  200
Vancouver, WA  98684
(360) 449-6100

1   work habits and the knowledge of the cream whippers used in the store during the time he was

2   employed at OJA's market

3       7.    Darius Taylor, current address unknown   (May testify).   Mr Taylor's testimony

4   would address the pain, suffering and disability suffered by plaintiff

5

6       8.    Joseph Robinson, current address unknown. (May testify).   Mr Robinson's

7   testimony would address the pain, suffering and disability suffered by plaintiff.

8       9.    Jane Valencia , 4617 NE St Johns #B204, Vancouver, WA   (Will testify).

9   Testimony will address the pain, suffering and disability  suffered by plaintiff

10

11

12                    **7.    LIST OF EXHIBITS WHICH WILL BE OFFERED**

13                        **BY PLAINTIFF AT THE TIME OF TRIAL**

14      1.    Broken cream whipper involved in the accident

15      2.    Second cream whipper purchased by Plaintiff's representative with a sticker on the

16   box identifying the product as a Kiddie Cream whippet

17      3.    Instruction sheet and parts list for Kidde Cream whipper Model No  5.

18

19      4.    Six photographs of Plaintiff following her injury demonstrating the injuries to her

20   person

21      5.    Four photographs showing the whipped cream maker involved in the accident as it

22   appeared when picked up by Plaintiff's representative.

23      6    One photograph of the second whipped cream maker purchased by Plaintiff's

24   representative

25

26      7.    Billing from AMR ambulance company in the sum of $700.86.

PLAINTIFF'S PRETRIAL STATEMENT

English, Lane,
Marshall, Barrar,
Stahnke &
Vanderwood, PLLC

Attorneys at Law

12204 S E  Mill Plain Blvd , Ste  200
Vancouver, WA  98684
(360) 449-6100

8.      Billing from Legacy Good Samaritan Hospital in the sum of $9,340 50

9       Billing from Southwest Washington Medical Center in the sum of $2,883.19

10      Billing from Stanley L Crews, M.D  in the sum of $2,132.00

11      Billing from Dreyers Eye Care Clinic in the sum of $5,319 00.

12      Billing from Oregon Anesthesia in the sum of $1,281.00.

13      Billing from Vancouver Radiology in the sum of $173 00

14      Operative report from Richard F. Dreyer, M.D  dated November 13, 1997

15      Operative report from Richard F. Dreyer, M D  dated February 5, 1998

16      Narrative report from Stanley L. Crews, M.D. dated August 26, 1999.

17      Blueprint type design for the Walter Kidde Co , Inc  carton of the Model No  5 cream whipper

18      Blueprint type drawing for the cream whipper assembly Model No  5 and list for spare parts identification.

19      Blueprint type drawing from Walter Kidde Co , Inc  for cream whipper Model No 5.

20      Identification sheet for Kidde Whippet Co., Inc.  charger and dispenser.

21      Blueprint type drawing for the Walter Kidde Co , Inc  cartridge holder – tube extractor.

22      Walter Kidde Co., Inc.  blueprint type drawing for the Walter Kidde Co , Inc. pin holder

23.     Walter Kidde Co , Inc  blueprint type drawing for the cream whipper holder seal

24.     Walter Kidde Co , Inc  blueprint type drawing for the assembly and disassembly

PLAINTIFF'S PRETRIAL STATEMENT

English, Lane,
Marshall, Barrar,
Stahnke &
Vanderwood, PLLC

Attorneys at Law

12204 S E  Mill Plain Blvd , Ste  200
Vancouver, WA  98684
(360) 449-6100